```
                                        F I L E D
                                   CLERK, U.S. DISTRICT COURT

                                        4/21/2023

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY: _____TV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BRIAN MICHAEL GAHERTY,<br><br>　　　　Defendant. | CR  2:23-cr-00184-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 875(c): Threats by Interstate Communication; 18 U.S.C. § 115(a)(1)(B): Threat to a United States Official; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 875(c)]

　　On or about August 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, namely, victim Congresswoman Maxine Waters, who received the threat at her District Office in Los Angeles County, in that defendant GAHERTY threatened, "We coming for

your black ass, bitch ass now motherfucker. . . . I'mma cut your throat, I'mma cut your black ass throat nigga."

COUNT TWO

[18 U.S.C. § 875(c)]

On or about August 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, namely, victim Congresswoman Maxine Waters, who received the threat at her District Office in Los Angeles County, in that defendant GAHERTY threatened, "We got a contract on your bitch ass, black ass, motherfucker ass. . . . We gonna put a cap between your motherfucking eyes hoe. . . . I'm gonna stomp you bitch."

COUNT THREE

[18 U.S.C. § 875(c)]

On or about November 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, namely, victim Congresswoman Maxine Waters, who received the threat at her District Office in Los Angeles County, in that defendant GAHERTY threatened, "You nigger, bitch, we finna get in your face bitch.  You know what I'm saying?  You fucking with a wrong crowd now, nigga. . . . We got a contract to take your ass out bitch."

|    |                                                                           |
|----|---------------------------------------------------------------------------|
| 1  | COUNT FOUR                                                                |
| 2  | [18 U.S.C. § 875(c)]                                                      |
| 3  | On or about November 10, 2022, in Los Angeles County, within the          |
| 4  | Central District of California, and elsewhere, defendant BRIAN            |
| 5  | MICHAEL GAHERTY, with intent to issue a threat, and with knowledge        |
| 6  | that it would be viewed as a threat, knowingly transmitted in             |
| 7  | interstate commerce an electronic communication that contained a true     |
| 8  | threat to injure the person of another, namely, victim Congresswoman      |
| 9  | Maxine Waters, who received the threat at her District Office in Los     |
| 10 | Angeles County, in that, after accusing Congresswoman Waters of           |
| 11 | advocating violence and "beat[ing] [people] up," defendant GAHERTY        |
| 12 | threatened to "play goddamn gang too," warned Congresswoman Waters to    |
| 13 | watch her back, and stated, "This ain't no threat.  It's a goddamn        |
| 14 | promise."                                                                 |

COUNT FIVE

[18 U.S.C. § 115(a)(1)(B)]

On or about August 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY knowingly threatened to assault and murder victim Maxine Waters, a United States Congresswoman, located at her District Office in Los Angeles County, with the intent to impede, intimidate, and interfere with victim Congresswoman Waters while victim Congresswoman Waters was engaged in the performance of her official duties, and with the intent to retaliate against victim Congresswoman Waters on account of the performance of her official duties.

COUNT SIX

[18 U.S.C. § 115(a)(1)(B)]

On or about August 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY knowingly threatened to assault and murder victim Maxine Waters, a United States Congresswoman, located at her District Office in Los Angeles County, in the Central District of California, with the intent to impede, intimidate, and interfere with victim Congresswoman Waters while victim Congresswoman Waters was engaged in the performance of her official duties, and with the intent to retaliate against victim Congresswoman Waters on account of the performance of her official duties.

## COUNT SEVEN

[18 U.S.C. § 115(a)(1)(B)]

On or about November 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY knowingly threatened to assault and murder victim Maxine Waters, a United States Congresswoman, located at her District Office in Los Angeles County, in the Central District of California, with the intent to impede, intimidate, and interfere with victim Congresswoman Waters while victim Congresswoman Waters was engaged in the performance of her official duties, and with the intent to retaliate against victim Congresswoman Waters on account of the performance of her official duties.

COUNT EIGHT

[18 U.S.C. § 115(a)(1)(B)]

On or about November 10, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRIAN MICHAEL GAHERTY knowingly threatened to assault victim Maxine Waters, a United States Congresswoman, located at her District Office in Los Angeles County, in the Central District of California, with the intent to impede, intimidate, and interfere with victim Congresswoman Waters while victim Congresswoman Waters was engaged in the performance of her official duties, and with the intent to retaliate against victim Congresswoman Waters on account of the performance of her official duties.

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | FORFEITURE ALLEGATION                                                                    |
| 2  | [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]                                       |

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Eight of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

//
//
//

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                         _____/S/_____
                                         Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

LAURA A. ALEXANDER
Assistant United States Attorney
General Crimes Section

11